**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MUHAMMAD AHMAD ABDALLAH** : | |
| **AL ANSI, <u>et</u> <u>al.</u>,** : | |
| : | |
| **Petitioners,** : | |
| : | |
| **v.** : | **Civil Action No. 08-1923 (GK)** |
| : | |
| **BARACK H. OBAMA, <u>et</u> <u>al.</u>,** : | |
| : | |
| **Respondents.** : | |

## <u>ORDER</u>

A telephone conference was held on the record in this case on December 20, 2010. Upon consideration of the representations of the parties, and the entire record herein, it is hereby

**ORDERED**, that the Merits Hearing in this case is rescheduled to **May 2 - 10, 2011;** and it is further

**ORDERED**, a Pretrial Conference will take place on **April 20, 2011** at **3:30 p.m.;** and it is further

**ORDERED**, that the parties shall submit a proposed briefing schedule for their Motions for Judgment on the Record and a deadline for the Government's production of all inculpatory evidence by **January 7, 2011.**


December 20, 2010

/s/
Gladys Kessler
United States District Judge